BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STACEY KINYADA LEE,<br>DEANA SHIRELLE NOLEN,<br>WILLIE SHERMAN PRUDE,<br>CHEANEY LAVELL KEY, and<br>ERISHENIQUA D. DIXON,<br><br>Defendants. | NO.: 1:12-CR-00301 AWI DLB<br><br>STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND DEFENDANT STACEY KINYADA LEE |

WHEREAS, the discovery in this case is voluminous and contains a large amount of personal information including but not limited to Social Security numbers, dates of birth, financial account numbers, telephone numbers, and residential addresses ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of Protected Information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is

appropriate.

THEREFORE, defendant STACEY KINYADA LEE, by and through her counsel of record Charles J. Lee ("Defense Counsel"), and plaintiff the United States of America, by and through its counsel of record, hereby agree and stipulate as follows:

1.  This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2.  This Order pertains to all discovery provided to or made available to Defense Counsel as part of the discovery in this case (hereafter, collectively known as the "discovery").

3.  By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff.  Defense Counsel may permit the defendant to view unredacted documents in the presence of her attorney, defense investigators and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy Protected Information contained in the discovery.  The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents from which Protected Information has been redacted.

4.  The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government.  Defense Counsel will return the discovery to the Government or certify that it has been destroyed at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the defendants, employees, other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order or the Court modifies this Order regarding such transfer of discovery.

IT IS SO STIPULATED.

DATED: Sept. 20, 2012          By: /s/ Charles J. Lee
                                   (authorized on 9/20/12)
                                   CHARLES J. LEE
                                   Attorney for defendant
                                   STACEY KINYADA LEE


DATED: Sept. 20, 2012          BENJAMIN B. WAGNER
                               United States Attorney

                               By: /s/ Kirk E. Sherriff
                                   KIRK E. SHERRIFF
                                   Assistant U.S. Attorney


IT IS SO ORDERED.

Dated:    September 24, 2012                    _____
                                                CHIEF UNITED STATES DISTRICT JUDGE