1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JANET BATEMAN, Bar #208063
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

   Attorneys for Defendant
   STACEY KINYADA LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:12-cr-00301 AWI-DLB-1 |
|---|---|---|
| *Plaintiff,* | ) | WAIVER OF APPEARANCE **and ORDER** |
| v. | ) | Date:  October 9, 2012 |
| STACEY KINYADA LEE, | ) | Time:  1:30 p.m. |
| *Defendant.* | ) | Judge:  Gary S. Austin |

**WAIVER OF APPEARANCE**

Ms. Lee currently resides in Rancho Cucamonga, California.  It would be a personal hardship for her to be present at court in Fresno.  Pursuant to F. R. Crim. P. 43(b)(2) and (4), Defendant, Stacey Kinyada Lee, having been advised of her right to be present at all stages of the proceedings, hereby waives her right to be present in person in open court for the sentencing review hearing to be held in this case. Defendant agrees that her interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender, the same as if Defendant were personally present.  Ms. Lee requests the court to allow her attorney to represent her interests in court on such dates, defendant having specifically given said attorney prior verbal authorization to make such appearance on her behalf.  Ms. Lee further

///

///

hereby requests the court to proceed during every absence which the court may permit pursuant to this waiver, and allow her attorney-in-fact to represent her interests at all times.  This request is made pursuant to Fed.R.Crim.P. 43(b)(2).

DATED:  October 9, 2012

/s/ *Stacey Kinyada Lee*
STACEY KINYADA LEE, Defendant

I agree and consent to my client's waiver of appearance.

DATED:  October 9, 2012

/s/ *Janet Bateman*
JANET BATEMAN
Assistant Federal Defender
Office of the Federal Defender
Attorneys for Defendant
STACEY KINYADA LEE

# O R D E R

GOOD CAUSE APPEARING, **IT IS SO ORDERED**.  Defendant's appearance is waived, pursuant to Rule 43, at future proceedings until further order of the Court.

.

IT IS SO ORDERED.

Dated:  **October 9, 2012**         /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

Lee - Waiver of Appearance                                  −2−